YORK MFG. CO. v. MAGER et al.　(No. 6613.)

(Supreme Court, Appellate Division, First Department.　December 31, 1914.)

Appeal from Trial Term, New York County.

Action by the York Manufacturing Company against Martin Mager and another. From a judgment entered on directed verdict for defendants, plaintiff appeals. Affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, DOWLING, and HOTCHKISS, JJ.

Isaac N. Miller, of New York City (Jacob Landy, of New York City, on the brief), for appellant.

Joseph Rowan, of New York City (Franklyn M. Silverstein, of New York City, on the brief), for respondents.

PER CURIAM. This is an action for the conversion of part of a refrigerating plant. It was tried with Shipley Construction & Supply Co. v. These Defendants, 150 N. Y. Supp. 969, the appeal in which is to be decided herewith. The material facts and the points presented by the appeal are the same in each. Our opinion in the other case is controlling here.

It follows that the judgment should be affirmed, with costs, on the authority of Shipley Construction & Supply Co. v. Mager et al., 150 N. Y. Supp. 969, argued and decided herewith.